UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald R. Widmyer,

Plaintiff,

v.

Andersen Corporation,

Defendant.

Court File No. CV-00-2190 DDA/FLN

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

The parties, through their respective counsel, hereby stipulate that the Pretrial Schedule filed December 15, 2000, shall be amended as follows:

**AMENDED PRETRIAL SCHEDULE**

1. Discovery/Non-Dispositive Motions:

   b. All discovery shall be commenced in time to be completed by August 31, 2001.

   h. All nondispositive motions and supporting documents, including those that relate to discovery, shall be served by September 3, 2001. Nondispositive motions shall be scheduled for hearing by calling Cathy Orlando, Calendar Clerk for Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By plaintiff on or before September 3, 2001.

      2) By defendant on or before October 1, 2001.

FILED 7-5-01
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before September 3, 2001.

2) By defendant on or before October 1, 2001.

c. Expert witness depositions shall be conducted on or before November 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to November 30, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Sheri Frette at 651-848-1176.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on and after January 31, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3-5 trial days.

Dated: 6/6/01

Peter M. Reinhardt (#0236767)
BAKKE NORMAN, S.C.
2403 Stout Road
P.O. Box 280
Menomonie, Wisconsin 54751
Telephone: (715) 235-9016

**ATTORNEYS FOR PLAINTIFF**

Dated: 5/30/01

Kathleen M. Mahoney (#66588)
David Jordan-Huffman (#271676)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated: July 3, 2001

BY THE COURT:

The Honorable Franklin L. Noel
United States Chief Magistrate Judge