UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA – DIVISION THREE

**RONALD R. WIDMYER**
**822 Girard Street**
**Hudson, WI 54016,**

**Plaintiff,**

**ORDER**
**Case No. CV002190 DDA/FLN**

**v.**

**ANDERSON CORPORATION**
**100 4th Ave. North**
**Bayport, MN 55003,**

**Defendant.**

This cause coming before the Court on this date upon the Joint Stipulation To Dismiss with prejudice filed herein by the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the Court having examined said Stipulation and being fully advised in the proceedings, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of this action with prejudice and without costs to either party.

IT IS THERFORE ORDERED,

Case No. CV-00-2190 DDA/FLN is hereby dismissed in its entirety with prejudice and without costs to either party.

Dated this 3rd day of January, 2002

Hon. ~~Franklin Noel~~
~~U.S. Chief Magistrate~~
Senior Judge Donald D. Alsop

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA – DIVISION THREE**

**RONALD R. WIDMYER**
**822 Girard Street**
**Hudson, WI 54016,**
**Plaintiff,**

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**
**Case No. CV002190 DDA/FLN**

**v.**

**ANDERSON CORPORATION**
**100 4th Ave. North**
**Bayport, MN 55003,**
**Defendant.**

Plaintiff, Ronald Widmyer, and Defendant, Anderson Corporation, in the above-captioned action, by and through their respective counsel, BAKKE NORMAN, S.C., by Peter M. Reinhardt for Plaintiff and OPPENHEIMER WOLFF & DONNELLY, LLP, by Kathleen M. Mahoney for Defendant, hereby jointly move, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action be dismissed by stipulation in its entirety with prejudice and without costs to any party, all costs (including all attorney's fees) having been paid and all matters and controversies for which such action was brought having been fully settled, compromised and adjourned pursuant to a settlement agreement.

**OPPENHEIMER WOLFF & DONNELLY, LLP.**

[signature] 12/28/01
Kathleen Mahoney — Date
Attorney for Defendant

**BAKKE NORMAN, S.C.**

[signature] 12/20/01
Peter M. Reinhardt — Date
Attorney No. 1025187
Attorney for Plaintiff

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____